Case 3:22-cv-00098-DCG   Document 7   Filed 06/01/22   Page 1 of 2

**FILED**
June 01, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>A-LIST MARKETING SOLUTIONS, INC. d/b/a PALISADE PROTECTION GROUP, A California Corporation, and CARGUARD ADMINISTRATION, INC. an Arizona Corporation<br><br>Defendants. | §§§§§§§§§§§§§§§§§ EP-22-CV-0098-CV |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AGAINST DEFENDANTS A-LIST MARKETING SOLUTIONS, INC. d/b/a PALISADE GROUP AND CARGUARD ADMINISTRATION, INC.**

COMES NOW Plaintiff Yazmin Gonzalez, in her individual capacity, and moves to dismiss Defendants A-List Marketing Solutions, Inc. d/b/a Palisade Protection Group, and Carguard Administration, Inc. with prejudice.  Plaintiff and Defendants A-List Marketing Solutions, Inc. d/b/a Palisade Protection Group, and Carguard Administration, Inc. have resolved their case.

May 25, 2022                                         Respectfully submitted,

Yazmin Gonzalez
14205 Charles Pollock

El Paso, TX 79938<br>
(915) 820-1859<br>
gonzalez18yazmin@gmail.com

**CERTIFICATE OF SERVICE**

    I certify that on May 25, 2022, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

May 25, 2022                                        Respectfully submitted,

*/s/ Yazmin Gonzalez*

Yazmin Gonzalez
14205 Charles Pollock
El Paso, TX 79938
(915) 820-1859
gonzalez18yazmin@gmail.com