**FILED**
June 01, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Michael Trujillo_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| **YAZMIN GONZALEZ,** § § § **Plaintiff,** § § v. § **EP-22-CV-0098-DG** § **A-LIST MARKETING SOLUTIONS, INC.** § **d/b/a PALISADE PROTECTION GROUP,** § A California Corporation, and **CARGUARD** § **ADMINISTRATION, INC.** an Arizona § Corporation § § § **Defendants.** § § | |

Upon consideration of Plaintiff's Motion to Dismiss Defendants A-List Marketing Solutions, Inc. d/b/a Palisade Protection Group, and Carguard Administration, Inc. this, _____ day of _____, 2022,

**ORDERED** that Plaintiff's Motion to Dismiss Defendants A-LIST MARKETING SOLUTIONS, INC. d/b/a PALISADE PROTECTION GROUP, and CARGUARD ADMINISTRATION INC. and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**